UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
ARDITA DAJBABIC, on behalf of herself and all : No. 1:12-cv-2808
others similarly situated, :
:
                                   **Plaintiff,** :
:
   -against- : **NOTICE OF**
: **MOTION**
RICK'S CAFÉ, INC. and JOSEPH ALIOTTA, :
:
                               **Defendants,** :
---------------------------------------------------------------x

     PLEASE TAKE NOTICE that, upon the accompanying Declaration of Matthew J. Blit along with all exhibits attached thereto, Declaration of Justin S. Clark along with all exhibits attached thereto, and plaintiff's Memorandum of Law along with all exhibits attached thereto, plaintiff will move this Honorable Court for an Order awarding plaintiff's reasonable attorney's fees pursuant to the Order of the Court dated August 7, 2013, and for any such other or further relief this Court deems just and equitable.

Dated: September 12, 2013
       New York, NY                        Respectfully submitted,

                                                      LEVINE & BLIT, PLLC
                                                      By: Matthew J. Blit
                                                      *Attorneys for Plaintiff*
                                                      350 Fifth Avenue, Suite 3601
                                                      New York, NY 10118
                                                      (212) 967-3000
                                                      mblit@levineblit.com

## CERTIFICATE OF SERVICE

I hereby certify that defendants' Notice of Motion was served upon the parties identified below on September 12, 2013 by ECF.

Law Offices of Michael K. Chong LLC
Michael K. Chong, Esq.
*Attorneys for Defendants*
300 Hudson Street, Suite 10
Hoboken, NJ 07024

Dated: September 12, 2013
New York, NY

Matthew J. Blit
350 Fifth Avenue, Suite 3601
New York, NY 10118
(212) 967-3000
jclark@levineblit.com